# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:11-CV-00616-BR

| | | |
|---|---|---|
| MITCHELL CARTER RABIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOWN OF SMITHFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court upon a motion by the Town of Smithfield seeking authorization to release certain police reports relevant to the instant action. (DE-22). Specifically, the Town of Smithfield moves the Court for an order allowing the release of the following: the incident and arrest report involving Plaintiff's April 26, 2007 arrest; the accident report concerning the April 26, 2007 motor vehicle accident referred to in the complaint; and photographs of the April 26, 2007 accident scene. Plaintiff consents to the motion, asserting that these documents are relevant and necessary for the further handling of this case. For good cause shown, the consent motion for release of police reports (DE-22) is GRANTED.

IT IS NOW ORDERED that defendant Town of Smithfield may disclose the above-noted reports and files in its possession for use in this case. IT IS FURTHER ORDERED that prior to filing any such documents with the Court, the parties shall redact all information subject to redaction by the rules of this Court prior to filing. IT IS FURTHER ORDERED that if the photographs referred to herein are filed with the Court,

they are to be filed under seal due to their graphic and sensitive nature.

DONE AND ORDERED in Chambers in Raleigh, North Carolina on Tuesday, May 29, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE