UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Mitchell Carter Rabil, )
)
)
              Plaintiff, )
)
v. ) **JUDGMENT**
)
Town of Smithfield, ) No. 5:11-CV-616-BR
)
              Defendant. )
)

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt sua sponte.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claim under 42 U.S.C. § 1983 is DISMISSED. This case is REMANDED to the General Court of Justice, Superior Court Division, Johnston County, North Carolina. The Clerk is directed to send a copy of this order to the Clerk of that court.

**This judgment filed and entered on December 18, 2012, and served on:**

James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
Jeremy Ryan Leonard (via CM/ECF Notice of Electronic Filing)
Frank Marshall Wall (via CM/ECF Notice of Electronic Filing)
Kari R. Johnson (via CM/ECF Notice of Electronic Filing)

December 18, 2012                                   /s/ Julie A. Richards,
                                                                    Clerk of Court